UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

    v.                           CASE NO.  5:26-cr- 17-TPB-PRL
                                        18 U.S.C. § 506(a)

MARIO CESAR DOS SANTOS, JR.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 27, 2025, in the Middle District of Florida, and elsewhere, the defendant,

**MARIO CESAR DOS SANTOS, JR.,**

did knowingly use, affix to, and impress on a certificate, instrument, document, and paper, a falsely made, forged, counterfeited, and altered seal, and facsimile thereof, of a department or agency of the United States, to wit: the seals of the United States Department of Homeland Security, the Federal Emergency Management Agency, and the Federal Bureau of Investigation.

In violation of 18 U.S.C. § 506(a)(2).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 506, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles devices, and other things made, possessed, or used in violation of Section 506, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By:    _Belkis Gallaos_____
        Belkis H. Callaos
        Assistant United States Attorney

By:    _____
        Robert E. Bodnar, Jr.
        Assistant United States Attorney
        Chief, Ocala Division

3

FORM OBD-34
February 24

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

## THE UNITED STATES OF AMERICA

vs.

## MARIO CESAR DOS SANTOS, JR.

## INDICTMENT

Violations: 18 U.S.C. § 506(a)(2)

A true bill

Foreperson

Filed in open court this 24th day of February 2026.

_M Taylor_
Clerk

Bail $_____

GPO 863 525