# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                                                     5:26-cr-17-TPB-PRL

**MARIO CESAR DOS SANTOS, JR.,**
    **Defendant.**

AUSA: Tyrie Boyer (for Belkis Callaos)
Deft. Atty.: Joshua Woodard

| JUDGE | Philip R. Lammens | DATE AND TIME | March 2, 2026 |
| --- | --- | --- | --- |
| | | | 11:30 am – 11:34 am |
| | | | 4 minutes |
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Sula Godrey-Jensen | PRETRIAL/PROBATION: | Not Present |

## CLERK'S MINUTES – ARRAIGNMENT

Interpreter placed under oath.

Defendant provided with a copy of the indictment.

Defendant advised of charges and penalties.

Defendant pleads not guilty.

Judge Barber's **PRETRIAL DISCOVERY ORDER TO ENTER.**

Defendant's oral motion for Rule 16(a) discovery and Government's oral motion for Rule 16(b) discovery; GRANTED.