# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**

                                              **Case No. 5:26-cr-17-TPB-PRL**

**MARIO CESAR DOS SANTOS, JR.**
_____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Mario Cesar Dos Santos, Jr., in the above-styled cause.

The Clerk is requested to substitute Assistant Federal Public Defender, Joshua Woodard, and remove him as the notice counsel, and enter the appearance of Assistant Federal Public Defender, Christine N. Bird, as counsel for the Defendant.

DATED this 5th day of March 2026.

                                        Charles L. Pritchard, Jr.
                                        Federal Public Defender, MDFL
                                        _s/ Christine N. Bird_
                                        Christine N. Bird
                                        Florida Bar No. 0971642
                                        Assistant Federal Public Defender
                                        201 South Orange Avenue
                                        Suite 300
                                        Orlando, FL 32801
                                        Telephone: 352-351-9157
                                        Fax: 352-351-9162
                                        Email: Christine_Bird@fd.org
                                        Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 5th day of March 2026.

                                              s/ *Christine N. Bird*
                                              Assistant Federal Public Defender