**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **5:26-cr-17-TPB-PRL**

**MARIO CESAR DOS SANTOS, JR.,**
**Defendant.**

AUSA: Belkis Callaos
Deft. Atty.: Christine Bird

| | | | |
|---|---|---|---|
| JUDGE | Philip R. Lammens | DATE AND TIME | September 10, 2026<br>10:28 am – 11:00 am<br>32 minutes |
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Maria Carolina Paraventi | PRETRIAL: | Not Present |

**CLERK'S MINUTES – ARRAIGNMENT ON SUPERSEDING INFORMATION & GUILTY PLEA HEARING**

Interpreter placed under oath.
Defendant placed under oath.
Defendant advised of the right to appear before a United States Magistrate Judge to enter a plea.
Defendant questioned re: consequences of guilty plea.
Court accepts the Waiver of Indictment.
Court reviews factual basis.
Defendant enters a plea of guilty to Counts 1 & 2 of the Superseding Information.
The court finds the defendant alert, intelligent, and entered a plea of guilty willingly and intentionally.

Sentencing to be scheduled by the Honorable Thomas P. Barber, United States District Judge.

**REPORT AND RECOMMENDATION TO ENTER.**

**FILED IN OPEN COURT:**
Consent to Proceed before Magistrate Judge
Acceptance of Waiver of Indictment