UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO: 5:26-cr-17-TPB-PRL

MARIO CESAR DOS SANTOS, JR.

# ORDER

Pursuant to the Report and Recommendation. (Doc. 47) of the United States Magistrate Judge, the plea of guilty of the defendant to Counts One and Two of the Superseding Information is now ACCEPTED, and the defendant, Mario Cesar Dos Santos, Jr., is **ADJUDGED GUILTY** of such offenses.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Golden-Collum Memorial Federal building and the United States Courthouse, 207 Northwest Second Street, Ocala, Florida 34475, on **12/18/2026 at 11:30 AM**. **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.**

**DONE AND ORDERED** in Ocala, Florida on this 28 September 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE